# United States Bankruptcy Court
## District of Nevada

Case No. **10–28257–mkn**
**Chapter 11**

In re:
   +++++++

                              Debtor(s)

Hearing Date:   N/A
Hearing Time:   N/A

## NOTICE REGARDING IMPROPERLY FILED DOCUMENT AND FAILURE TO COMMENCE BANKRUPTCY CASE

A bankruptcy case can only be commenced with the filing of a petition as defined in 11 U.S.C. Section 301(a). The electronically filed pleadings filed in this matter purporting to commence a bankruptcy case do not contain a signed petition as defined in U.S.C. Section 301(a). Therefore, no bankruptcy case has been commenced. Since no case has been commenced, no amendment can be filed correcting this error.

Therefore, any and all such pleadings, documents or papers filed, and any pleadings, documents and papers associated with the papers filed, will be stricken from the docket.

No pleadings, documents or papers may be thereafter filed bearing such case number. Finally, any hearings that may have been set will be taken off calendar.

Dated: 9/28/10

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court