Samuel A. Schwartz, Esq.  E-Filed: September 28, 2010
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
Schwartz Law Firm, Inc.
701 E. Bridger Avenue, Suite 120
Las Vegas, Nevada 89101
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Proposed Attorneys for the Debtor
and Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: ) | CASE NO.: 10-28257-MKN |
| ) | |
| Siena Investments, LLC, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| _____ ) | |

### **EX PARTE APPLICATION TO TRANSFER FILING FEE**

Siena Investments, LLC, the debtor and debtor-in-possession in the above-referenced case (the "**Debtor**") hereby applies to this Court for an Ex Parte Order transferring the filing fee from Case No. 10-28257 (MKN) to Case No. 10-28260 (LBR), due to an error in the filing of Case No. 10-28257-MKN.

### **BACKGROUND**

1. On September 27, 2010, the Debtor filed a voluntary petition in this Court for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532. The Debtor continues to operate its business and manage its properties as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. No creditors' committee has been appointed in this case by the United States Trustee.

3. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

**RELIEF REQUESTED**

4. At the time of filing, an error occurred in the filing of the petition, resulting in the Debtor's name being replaced with +++++++ in the filed petition. Counsel for the Debtor believes the name filing change is the result of a software error. As a result, as a prophylactic measure, the Debtor filed a new petition, which was assigned Case No. 10-28260.

5. On September 28, 2010, the Court dismissed Case No. 10-28257. As a result, Debtor requests that the filing fee paid in Case No. 10-28257-MKN be transferred to Case No. 10-28260-LBR.

Dated this 28th day of September, 2010.

/s/Samuel A. Schwartz_____
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
The Schwartz Law Firm, Inc.
701 E. Bridger Avenue, Suite 120
Las Vegas, Nevada 89101
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Proposed Attorneys for the Debtors
and Debtors-in-Possession

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that true and correct copies of the foregoing were sent via Electronic Mail on September 28, 2010, to the following:

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

/s/Christy L. Cahall
    Christy L. Cahall